IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAII

| | | |
|---|---|---|
| HAWAIIAN AIRLINES, INC., | ) | CV 20-00036 SOM-RT |
| | ) | |
| Plaintiff(s), | ) | |
| | ) | |
| vs. | ) | |
| | ) | |
| PL DUFAY AVIATION MANAGEMENT LLC; PETER L. DUFAY, | ) ) ) | |
| | ) | |
| Defendant(s). | ) | |
| _____ | ) | |

ORDER ADOPTING MAGISTRATE JUDGE'S
FINDINGS AND RECOMMENDATION TO GRANT IN PART AND DENY IN PART HAWAIIAN AIRLINES, INC.'S MOTION FOR ATTORNEYS'
<u>FEES AND COSTS</u>

Findings and Recommendation having been filed and served on all parties on August 31, 2020, and no objections having been filed by any party,

IT IS HEREBY ORDERED AND ADJUDGED that, pursuant to Title 28, United States Code, Section 636(b)(1)(C) and Local Rule 74.1, the "Findings and Recommendation To Grant in Part and Deny in Part Hawaiian Airlines, Inc.'s Motion For Attorneys' Fees and Costs" are adopted as the opinion and order of this Court.

IT IS SO ORDERED.



/s/ Susan Oki Mollway
Susan Oki Mollway
Senior United States District Judge